UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                           x

UNITED STATES OF AMERICA       x

        -v-             x

Oscar Minaya            x

------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: _4-23-13_

ORDER

DOCKET #

S4 11 crim 755 (JFK)

Hon. John F. Keenan, DISTRICT JUDGE:

The C.J.A. attorney assigned to receive cases on this day, Martin Geduldig, Esq. is hereby ordered to assume representation of the defendant in the above captioned matter.

SO ORDERED.

*John F. Keenan*

UNITED STATES DISTRICT JUDGE

Dated: New York, New York
4-23-13