# MARTIN GEDULDIG

ATTORNEY·AT·LAW

600 OLD COUNTRY ROAD
SUITE 320
GARDEN CITY, NEW YORK 11530

(516) 794-1219
(718) 343-8989
FAX (516) 228-3559
EMAIL geduldig@optonline.net

**MEMO ENDORSED**

September 25, 2013

Honorable John F. Keenan
United States District Judge
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-30-13

Re: US vs. Oscar Minaya
Docket #: 11 CR 755(JFK)

Dear Judge Keenan:

I am writing to respectfully request authorization to submit interim CJA vouchers for the above captioned matter. I was advised by the CJA office it is sufficient for their purposes if you sign this letter indicating my application is approved.

Thank you for your consideration in this matter.

Yours truly,

*[signature]*

Martin Geduldig

MG/jlr

*So ordered*
*September 30, 2013*

*Application granted*
*John F. Keenan*
*U.S.D.J.*