UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X

UNITED STATES OF AMERICA

\# 11 CR 755 (JFK)

-v-

Minaya

-------------------------------X

Please be advised that the ~~conference~~ (sentence) scheduled for January 14, 2014 has been rescheduled to January 31, 2014 at 2:30 pm in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
12-2-13

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-2-13