UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

          -V-

     Oscar Minaya

------------------------------X

#11 CR 755-5 (JFK)

The re-sentencing in this case is set for Wednesday, March 31, 2021 at 11:30 a.m. in Courtroom 20-C, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: New York, New York

1-29-21

*/s/ John F. Keenan*
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-29-21