



June 24, 2021

**BY ECF**
Judge John F. Keenan
Senior United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-29-21
```

      Re:    United States v. Minaya, 11-CR-755

Dear Judge Keenan,

      I write to respectfully make one request that I failed to make during yesterday's sentencing.

      I would respectfully request that the Court include in the judgment issued in this case the same recommendation to Bureau of Prisons for designation of Minaya that the Court included in its 2014 judgment, specifically that Minaya "is to be incarcerated in the northeast United States." (Dkt. 303 at 3).

      The government, through AUSA Jacob Fiddelman, has no objection to this request.

                                           Respectfully,

                                           Andrew St. Laurent

cc:    AUSA Jacob Fiddelman (w/encl.) (by ECF)

*Application Granted*
*So Ordered*
*June 29, 2021*   *John F. Keenan*
                          *U.S.D.J.*