**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------x

UNITED STATES OF AMERICA

    -against-

Oscar Minaya, Defendant.

------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-27-21

**ORDER**

11cr755
Docket #

Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act. Upon the request of the undersigned attorney and the consent of the defendant, and

According to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the defendant,

IT IS HEREBY ORDERED that _____Andrew St. Laurent_____ is appointed to represent the defendant. This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only. The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

_[signature]_
Attorney's Signature

Andrew St. Laurent
Print Attorney's Name

HSW LLP
Address

40 Wall Street, 53rd Floor, NY NY

646-248-6010
Telephone

SO ORDERED:

_John F. Keenan_
Presiding Judge

9/27/21
DATED

_____
Laura Taylor Swain
Chief Judge

_____
DATED