The United States Second Circuit Court of Appeals
Southern ~~Eastern~~ District of New York

**MEMO ENDORSED**

Motion for Extension and or Appointed Counsel

Dear Honorable Clerk of Courts:

My name is Oscar Minaya case # 11 Cr. 755 (KPF) - 22 Civ. 6338 (KPF) Petitioner humbly moves this Honorable Court for at least a 60 day extension and or Court appointed paralegal Assistant and or effective Counsel to properly prepare and respond to Government's Motion in opposition to Petitioner's 2255 brief; as Petitioner is unable to fundamentally comprehend the gov's standpoint. Futhermore the U.S.P. Big Sandy is on Institutional Lockdown (3/30/23) and have been due to extreme violence. Consequently impeding Petitioner from vigorously reviewing prevailing case law, the cold record, or utilizing the Law Library. Petitioner asserts that he's only a layman of the law and is not a lawyer although he moves this Court in a Pro-se capasity. In the Interest of Justice, Petitioner prays this Honorable Court grants this motion/letter for a 60 day extension and or appoint Counsel while construing this Motion liberally in Light of Haines v. Kerner 404. U.S. 519, 520, 925 S. Ct. (1972)

Respectfully Submitted
Oscar Minaya # 65612-054

Application DENIED. The Court appreciates the amount of work and time Mr. Minaya has put into this case, but does not require any additional briefing at this time. The Court will construe Mr. Minaya's *pro se* pleadings liberally, *see United States* v. *Detrich*, 940 F.2d 37, 38 (2d Cir. 1991), and assures Mr. Minaya that, to the extent the Court requires additional briefing or finds that it would be useful to appoint counsel, it will do so.

The Court of Court is directed to docket this Order in both cases and to mail a copy of the Order to Mr. Minaya at his address of record.

Dated:     April 11, 2023            SO ORDERED.
           New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE