UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR MINAYA,<br><br>　　　　　　　Movant,<br><br>　　　　-v.-<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Respondent. | 22 Civ. 6338 (KPF)<br><br>11 Cr. 755-5 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On September 26, 2022, Mr. Minaya, proceeding *pro se,* filed an amended motion to vacate his convictions pursuant to 28 U.S.C. § 2255. (11 Cr. 755-5 Dkt. #545; 22 Civ. 6338 Dkt. #4). On December 28, 2022, the Government filed a memorandum of law in opposition to Mr. Minaya's motion. (11 Cr. 755-5 Dkt. #552; 22 Civ. 6338 Dkt. #13). In reviewing the docket of this case, the Court realizes that it mistakenly deprived Mr. Minaya of the opportunity to file a reply to the Government's opposition. Accordingly, Mr. Minaya is directed to file his reply, if any, on or before **September 30, 2024**.

The Clerk of Court is directed to docket this Order in both cases and to mail a copy of the Order to Mr. Minaya at his address of record.

SO ORDERED.

Dated:　August 12, 2024
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge